HALLBRETT REALTY CORPORATION, Landlord, Respondent, *v.* CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Tenant, Appellant.

Argued April 5, 1945; decided May 17, 1945.

*Rudolf B. Schlesinger* and *Samuel Ross Ballin* for appellant. *Jerome T. Nolan* and *John W. Hannon* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.